UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                                                   :
                                                                   :     ORDER OF REFERENCE
                                                                   :     TO A MAGISTRATE JUDGE
Plaintiff,    Kwauhury Govan                                       :
                                                                   :        08-4831      ( BSJDCF    )
     -v-                                                           :
                                                                   :
                                                                   :
Defendant.    Thomas Isnardi #6298, et al                         :
                                                                   :
                                                                   :
                                                                   :
-------------------------------------------------------------x
                                                                   x

The above entitled action is referred to the designated Magistrate Judge for the following
purpose(s):

☒ General Pretrial (includes scheduling,        ☐ Consent under 28 U.S.C. §636(c) for all
   discovery, non-dispositive pretrial             purposes (including trial)
   motions, and settlement)
                                                 ☐ Consent under 28 U.S.C. §636(c) for limited
☐ Specific Non-Dispositive                          purpose (e.g., dispositive motion,
   Motion/Dispute:*                                 preliminary injunction)
   _____                  Purpose:_____

   _____              ☐ Habeas Corpus

   _____              ☐ Social Security

   If referral is for discovery disputes when    ☐ Dispositive Motion (i.e., motion requiring
   the District Judge is unavailable, the time      a Report and Recommendation)
   period of the referral:_____            Particular Motion:_____
☐ Settlement*                                       _____

☐ Inquest After Default/Damages Hearing          All such motions: _____

*Do not check if already referred for general pretrial.

Dated  June 12, 2008

                                          SO ORDERED:

                                          _____
                                          United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___6/__x/08